Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Daryen Craig SIMMONS |
| **Docket Number:** | 2:03CR00215-02 and 2:03CR00333-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 06/01/2005 |
| **Original Offense:** | **2:03CR00215-02**<br>**Count 1:** 18 USC 371 - Conspiracy to Obtain Unauthorized Computer Access to Information Contained in a Financial Record, Commit Fraud and Related Activity in Connection with Computers, Unlawful Use of a Means of Identification of Another Person and Commit Bank Fraud<br>(CLASS D FELONY)<br>**Counts 2 through 9:** 18 USC 1344(2) and 2 - Bank Fraud, Aiding and Abetting<br>(CLASS B FELONIES)<br>**Counts 10 through 12:** 18 USC 1028(a)(7) and 2 - Unlawful Use of a Means of Identification of Another Person<br>(CLASS C FELONIES)<br>**2:03CR00333-01**<br>**Counts 1 and 2:** 18 USC 1344 (2) - Bank Fraud<br>(CLASS B FELONIES) |
| **Original Sentence:** | **2:03CR00215-02**<br>6 months Bureau of Prisons on each of Counts 1 through 12, to be served concurrently to each other and to the sentence imposed in Docket Number 2:03CR00333-01; 36 months supervised release as to |

RE:  Daryen Craig SIMMONS
     Docket Number:  2:03CR00215-02 and 2:03CR00333-01
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Counts 1 and 10 through 12; 60 months supervised release as to Counts 2 through 9, to be served concurrently to each other and with Docket Number 2:03CR00333-01; $90,000 restitution; $1,200 special assessment

**2:03CR00333-01**
6 months Bureau of Prisons on each of Counts 1 and 2, to be served concurrently with each other and to the sentence imposed in Docket Number 2:03CR00215-02; 60 months supervised release as to Counts 1 and 2, to be served concurrently to each other and with Docket Number 2:03CR00215-02; $4,896.86 restitution; $200 special assessment

| | |
|---|---|
| **Special Conditions:** | Warrantless search; Financial disclosure and restrictions; Drug testing; Co-payment plan; Submit to DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 12/28/2005 |
| **Assistant U.S. Attorney:** | Michelle Rodriguez     **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Scott L. Tedmon     **Telephone:** (916) 441-4540 |
| **Other Court Action:** | None. |

RE: Daryen Craig SIMMONS
Docket Number:  2:03CR00215-02 and 2:03CR00333-01
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. As directed by the officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

2. As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient).

**Justification:**  The defendant related that while in custody, he had heard voices in his head.  He reported hearing those voices again and requested to participate in some type of counseling.  The defendant does not have a mental health or correctional treatment condition and in order to refer him to one of our treatment providers, his conditions of supervision would need to be modified to include those conditions.  The defendant has agreed to the modifications and a signed waiver is on file.

Respectfully submitted,

/s/Kris M. Miura

**KRIS M. MIURA
United States Probation Officer**
Telephone:  (916) 930-4305

**DATED:**    May 16, 2006
Sacramento, California
KMM:jz

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS
Supervising United States Probation Officer**

RE:     **Daryen Craig SIMMONS**
        **Docket Number:  2:03CR00215-02 and 2:03CR00333-01**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

[ x ]    Modification approved as recommended.

**Date: May 23, 2006**                    **Signature of Judicial Officer**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


cc:     United States Probation
        Michelle Rodriguez, Assistant United States Attorney
        Scott L. Tedmon, Defense Counsel
        Defendant
        Court File

Attachment:    Presentence Report (Sacramento only)